IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIKE COOK, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 13-952 |
| | : | |
| LT. J. BENDER, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 6th day of May, 2014, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (Docket No. 38) is **GRANTED**. Judgment is entered in favor of Defendants, Jeffrey Bender, Patrick Curran and Michael Wenerowicz, and against Plaintiff, Mike Cook.

This case is **CLOSED**.

BY THE COURT:

*Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.